# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Bobby T. Hemingway__
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) __S. Gosa, Physician Asst.__
(2) __Ryan Parkyn, Medical Supervisor__
(3) __S. Walker, Lieutenant__
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

__1:19cv583__
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
APR 03 2019
PER _____ DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
__X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__N/A__

_____

_____

_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? __exhausted all BP forms 8-11__

2. What was the result? __A forms were denied__

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: __S. GoSA__
Employed as __Physician Assistant__ at __Allenwood FCI Medium__
Mailing address: __P.O. Box 2000 White Deer, PA 17887__

(2) Name of second defendant: __Ryan Parkyn__
Employed as __Medical Supervisor__ at __Allenwood FCI Medium__
Mailing address: __P.O. Box 2000 White Deer, PA 17887__

(3) Name of third defendant: __S. Walker__
Employed as __Lieutenant__ at __Allenwood FCI Medium__
Mailing address: __P.O. Box 2000 White Deer, PA 17887__

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Mr. S. GoSA has egnored the fact that the plaintiff's illness and joint conditions pronibits him from climbing stairs, top bunks and long distances. Mr. GoSA

2

Has also changed the plaintiff's pain medication that do not work.

2. Mr. Ryan Parkyn, Has continued to egnore the plaintiff's complaints about his pain and illness. He also egnores the conflict between Mr. Gosa and the plaintiff and he continues to send the Plaintiff to him without investigating.

3. Mr. T. walker, has disregarded the fact that i have a illness that causes Joint swelling and stops me from walking. Mr. S. walker claims the plaintiff refused to come to the L.T.S office when in fact the plaintiff could not walk. Mr. S. walker refused to listen and put the plaintiff in "SHU".

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to grant the plaintiff 2,000,000.00 for compensatory relief, and 2,000,000.00 in Punitive rewards for Mr. S. Gosa's deliberate indifference, poor training

2. I would like the court to grant the plaintiff 2,000,000.00 for compensatory relief, and 2,000,000.00 in punitive rewards for Mr. Ryan Parkyn's who egnored his duties as medical supervisor, deliberate indifference, verbal abuse and failing to look into the plaintiff's complaints.

3. I would like the court to grant the plaintiff 2,000,000.00 for compensatory relief and 2,000,000.00 in punitive rewards as well as 1,000,000.00 for emotional damages, for verbal abuse, over looking medical conditions and abuse of Power, for Mr. T walker

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *B. Hemingway* day of _____*March 28*_____, 20 *19*.

_____*B. [signature]*_____
(Signature of Plaintiff)

Bobby Hemingway 04252-049
P.O. Box 2000
Allenwood FCI MED
White Deer, PA
17887

04252-049

04232-049
Clerk Court
235 N Washington AVE
Scranton, PA 18501-1148
United States

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

MAR 29 2019

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
SCRANTON
APR 03 2019
PER _____ DEPUTY CLERK

Legal