IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBBY T. HEMINGWAY, :
    Plaintiff :
: No. 1:19-cv-583
    v. :
: (Judge Kane)
S. GOSA, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 16th day of August 2019, upon consideration of pro se Plaintiff Bobby T. Hemingway's amended complaint (Doc. No. 12), and in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants M. D. Carvajal and Ian Connors are **DISMISSED** as defendants in the above-captioned action, and the Clerk of Court is directed to **TERMINATE** them from the caption of the above-captioned action;

2. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to **SERVE** a copy of the amended complaint (Doc. No. 12), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order and accompanying Memorandum on the remaining named Defendant(s). In the interests of efficient administrative judicial economy, the Court requests that Defendant(s) waive service pursuant to Federal Rule of Civil Procedure 4(d); and

3. If service is unable to be completed due to Plaintiff's failure to properly name the Defendant(s) or provide an accurate mailing address for the Defendant(s), Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania