**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOBBY T. HEMINGWAY,** | : | |
| **Plaintiff,** | : | |
| | : | **No. 1:19-cv-00583** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **S. GOSA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 20th day of May 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1.    Defendants' motion to dismiss and/or for summary judgment (Doc. No. 29) is **GRANTED**;

2.    The Clerk of Court is directed to enter judgment in favor of Defendants Gosa, Parkyn, Walker, Stahl, White, Howard, Potope, and Cullen and against Plaintiff Bobby T. Hemingway as to all claims asserted against Defendants;

3.    Plaintiff's motions to appoint counsel and an expert (Doc. Nos. 54, 55) are **DENIED AS MOOT**; and

4.    The Clerk of Court is directed to **CLOSE** the above-captioned action.


                                         s/ Yvette Kane
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania